IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GREGORY JOHNSON (#K-54051),<br>Plaintiff<br><br>v.<br><br>NEDRA CHANDLER, et al.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 13 C 50055<br><br>Judge: Frederick J. Kapala |

## **ORDER**

    The Clerk is directed to file in this case a copy of the Court's order of July 12, 2013 [#17], in *Johnson v. Carter*, Case No. 13 C 50225 (N.D. Ill) (Kapala, J.), and forward a copy to Plaintiff at his place of confinement.

Date:   August 21, 2013